UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 4:25-mj-389 |
| § | |
| JOSE MIGUEL BRICENO § | |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alamdar S. Hamdani, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that JOSE MIGUEL BRICENO, DOB: 01/17/2000; SPN: 03282638, now duly committed- to the custody of the Harris County Jail, 701 N. San Jacinto Houston, TX 77002, is a defendant in the above-captioned case which will be called for prosecution in the United States District Court for the Southern District of Texas, Houston Division on _____, 2025 at ____ before U. S. Magistrate Judge. Petitioner further represents that the Harris County Jail, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, to be brought before this Court for further proceedings in this Cause.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of said defendant before this Court on _____, 2025 at ____ before U. S. Magistrate Judge.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

By: *Casey N. MacDonald*
CASEY N. MACDONALD
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | CRIMINAL NO. 4:25-mj-389 |
| JOSE MIGUEL BRICENO § § § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   Harris County Jail,
      701 N. San Jacinto
      Houston, TX 77002

TO:   United States Marshal, Southern District of Texas, or any other authorized United States Marshal

GREETINGS:

We command that you have the body of JOSE MIGUEL BRICENO, DOB: 01/17/2000; SPN: 03282638, now duly committed to the custody of Harris County Jail, 701 N. San Jacinto Houston, TX 77002, conduct before the United States District Court for the Southern District of Texas, Houston Division, on _____ 2025 at _____ before U. S. Magistrate Judge at the time to appear for prosecution and any other necessary appearances in the above-styled and numbered case now pending against him in said Court, and immediately after all proceedings have been disposed of, that you return the defendant to said, Harris County Jail, 701 N. San Jacinto Houston, TX 77002, under safe and secure conduct, and have you then and there this writ.

For the Southern District of Texas, and the seal of said Court at the City of Houston, Texas on this _____ day of _____ 2025.

_____
PETER BRAY
UNITED STATES MAGISTRATE JUDGE